# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00523-CR

### Charles Edward Foster, Appellant

### v.

### The State of Texas, Appellee

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY,
### NO. FR83139, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Charles Edward Foster seeks to appeal a judgment of conviction for possession of a controlled substance less than one gram. *See* Health and Safety Code § 481.115(b). The trial court has certified that this is a plea-bargain case and appellant has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Jurisdiction

Filed: November 3, 2021

Do Not Publish